ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| JACMEALS LLC | ) ASBCA No. 64467 |
| | ) |
| Under Contract No. W912L7-26-P-A002 | ) |

APPEARANCE FOR THE APPELLANT:    Mr. Joseph Crapanzano
    CEO

APPEARANCES FOR THE GOVERNMENT:    Dana J. Chase, Esq.
    Army Chief Trial Attorney
    LTC Susan Kim, JA
    John C. Degnan, Esq.
    Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  March 27, 2026

J. REID PROUTY
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64467, Appeal of JACMEALS LLC, rendered in conformance with the Board's Charter.

Dated:  March 27, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals